```
1  Matthew G. Pfau, Esq.
   Nevada Bar No.: 11439
2  Cara Xidis, Esq.
   Nevada Bar No.: 11743
3  H&P LAW
   710 S. 9th Street
4  Las Vegas, NV 89101
   702 598 4529 TEL
5  702 598 3626 FAX
   e-file@courtroomproven.com
6  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Edwin Delgado,**<br><br>         Plaintiff<br><br>vs.<br><br>**Starr Indemnity & Liability Company; Gallagher Bassett Services, Inc.; Weinberg Wheeler Hudgins Gunn & Dial, LLC; Howard J. Russell;** Does 1 through 10, inclusive and Roe Corporations 1 through 10, inclusive,<br><br>         Defendants | Case No.: 2:22-cv-01967-CDS-BNW<br><br>**Stipulation and Order to Extend Deadline for Plaintiff to File Reply in Support of Plaintiff's Motion to Remand**<br><br>**(1st Request)** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff to file his Reply in support of Plaintiff's Motion to Remand (ECF No. 9) be extended from January 13, 2023, to January 20, 2023.

This is Plaintiff's first request for an extension. The extension is being requested, as a calendaring error occurred in Plaintiff's counsel's office, resulting in the Reply not being timely filed. This request is being made in good faith and not for the purpose of delay.

Dated this 19th day of January, 2023.

| H&P Law | Resnick & Louis |
|---|---|
| /s/ Marjorie Hauf | /s/ Randall Tindall |
| _____ | _____ |
| Marjorie Hauf, Esq. | Randall Tindall, Esq. |
| Nevada Bar No. 8111 | Nevada Bar No. 6522 |
| Cara Xidis, Esq. | Attorney for Defendant |
| Nevada Bar No. 11743 | Starr Indemnity & Liability Company |
| Attorneys for Plaintiff | |
| Edwin Delgado | |

Anderson, McPharlin & Conners

/s/ Brian Bradford
_____
Brian Bradford, Esq
Nevada Bar No. 9518
Attorney for Defendant
Gallagher Bassett Services, Inc.

IT IS SO ORDERED. The deadline for plaintiff to file his reply in support of plaintiff's Motion to Remand (ECF No. 9) is extended, *nunc pro tunc*, from January 13, 2023, to January 20, 2023.

Dated this 24th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION